Westcott and Others *v.* Huff.

———◆◆◆———

## WESTCOTT and Others *v.* HUFF.

One party to the record can not take advantage in this Court of error committed below against other parties, unless he has been injured thereby.

Excessive damages can not be made available in this Court, unless they were made a ground of a motion for a new trial below.

APPEAL from the *Dearborn* Common Pleas.

Lefler and Others *v.* Dermotte.

*Per Curiam.*—Suit by *Huff* against *Westcott*, to foreclose a mortgage. Judgment for the plaintiff.

*Galpin* and *Brown* were made defendants as subsequent judgment incumbrancers, and as to them the cause was tried without an issue. They, however, have released all errors, and dismiss the appeal as to themselves. Under such circumstances, *Wescott* can not complain of the error committed against them, as he was in no manner injured thereby. Besides this, *Wescott* does not appear to have sought to take advantage of the irregularity below.

It is claimed that the judgment was for too large a sum. We have not made a computation of the amount due, as "excessive damages" was not one of the causes for which a new trial was asked.

The judgment is affirmed, with costs, and 2 per cent. damages.

*Carter Gazlay, Thomas Galpin,* and *John H. Brown,* for the appellants.

*A. Brown, Oscar B. Hord* and *Cortez Ewing* for the appellees.